NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT MORALES II, BRANDON CALLIER, and LUCAS HORTON, individually, and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>VAJIRA SAMARARATNE,<br><br>    Respondent. | Case No.: 8:24-mc-00010-FWS-DFM<br><br>**ORDER GRANTING MOTION TO COMPEL FURTHER DISCOVERY RESPONSES [1]** |

    KURT MORALES II, BRANDON CALLIER, and LUCAS HORTON ("Plaintiffs") moved the Court to overrule the objections of Respondent Vajira Samararatne objections to Plaintiffs' Subpoena and compel Respondent to provide further responses. The Court held a hearing on Plaintiffs' motion to compel on June 11, 2024, at which the Court set a further hearing for July 2, 2024, and order Respondent's counsel (see Dkt. 1-21) to attend the hearing. On July 2, 2024, the Court held a further hearing. The Court now hereby GRANTS the motion to compel, and orders that:

1) Respondent's objections are OVERRULED. In particular, Respondent's objection that any documents within his possession, custody, or control have already been produced by Pelican is OVERRULED, and any such documents within Respondent's possession, custody, or control shall be produced.

2) Within fourteen (14) days of the date of this Order, Respondent shall serve supplemental responses to Plaintiffs' Subpoena and produce all responsive documents. If, following a diligent search and reasonable inquiry, Respondent has no responsive documents in his possession, custody, or control, he shall so indicate in his supplemental responses. Respondent's supplemental responses shall be verified by Respondent under penalty of perjury.

3) Within seven (7) days of the date of this Order, Plaintiffs' counsel may file a declaration regarding the amount of fees and expenses incurred in bringing the instant Motion to Compel. Respondent may file objections to Plaintiffs' counsel's declaration no later than five (5) court days after Plaintiffs' counsel's declaration is filed.

**IT IS SO ORDERED.**

DATED: July 8, 2024.

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge