UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 8:24-mc-00010 FWS (DFMx) | Date: | November 12, 2024 |
|---|---|---|---|
| Title | Kurt Morales II, et al. v. Vijay Samararatne | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | CS 11/12/2024 |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Mark Javitch<br>Jeffrey Blake | No Appearance |

| **Proceedings:** | **Plaintiff's Motion for Certification of Facts and Request for Hearing Before the District Judge to Determine Whether Vajira Samararatne Should be Held in Civil Contempt [24]** |
|---|---|

Case called and counsel make their appearance. Court and counsel confer. Court grants motion. Separate order to issue.

: 05

Initials of Clerk:   nb