**U.S. Department of Justice**
**United States Marshals Service**

FILED
CLERK, U.S. DISTRICT COURT

**2/3/25**

CENTRAL DISTRICT OF CALIFORNIA
BY:    MRV    DEPUTY

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KURT MORALES, II, et al., | 8:24-mc-00010 FWS (DFMx) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| VAJIRA SAMARARATNE, | Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Vajira Samararatne

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
26 Blue Grass, Irvine, CA 92603

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case: 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| N. Boehme, Courtroom Clerk for Magistrate Judge McCormick | (714) 338-4755 | 11/21/2024 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk | Date REC'D USMS C/CA CIVIL DEC 6 '24 PM 1:55 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) VAJIRA SAMARARATNE | Date 1/07/2025 | Time 14:20 [ ] am [X] pm |
|---|---|---|
| Address (complete only different than shown above) 3187 Red hill ave. Costa Mesa, CA 92626 | Signature of U.S. Marshal or Deputy Andrew Nguyen | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

1st endevor - 1 DUSM, 40 miles on Dec 20, 2024

2nd endevor - 1 DUSM, 20 miles on Jan 07, 2025. Delivered & Served

Form USM-285
Rev. 03/21