# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SAMC 24-00010-FWS (DFMx) | Date | February 27, 2025 |
|---|---|---|---|
| Title | Kurt Morales II et al v. Vajira Samararatne | | |

**PRESENT:**

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | C/S - 02/27/2025 |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Mark Louis Javitch | Daniel Scott Silverman |

**PROCEEDINGS:** ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CIVIL CONTEMPT [25]

Motion hearing held. For the reasons stated on the record, the Court hereby orders the order to show cause discharged.

: 53

Initials of Deputy Clerk   rrp

cc: